AO 445  (Rev. 11/11)  Warrant for the Arrest of a Witness in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Elizabeth Sines, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:20mc00010 |
| Jason Kessler, et al | ) | |
| *Defendant* | ) | PARTY |

## WARRANT FOR THE ARREST OF A DEFENDANT IN A CIVIL ACTION

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court *(name of person to be arrested)* Robert Azzmador Ray a Party Defendant who has been served with Notices and Orders of the Court to appear in this case and has failed to do so.

**YOU ARE FURTHER COMMANDED** to detain this party defendant until this court orders discharge from custody.

Date: 09/16/2020

JULIA C. DUDLEY, CLERK OF COURT

s/ Heidi Wheeler
*Deputy Clerk*

City and state:   Charlottesville, Virginia

**Return**

This warrant was received on *(date)* _____ and the person was arrested on *(date)* _____ at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

_____

*Printed name and title*