CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
December 16, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, ET AL., *Plaintiffs*, v. JASON KESSLER, ET AL., *Defendants.* | CASE NO. 3:20-mc-00010<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

On September 16, 2020, the Court found Robert "Azzmador" Ray in contempt for failing to comply with the Court's orders to appear for a deposition upon oral examination by Plaintiffs' counsel. Dkt. 1. The Court issued a bench warrant for Mr. Ray's arrest and directed the Clerk of Court to open this miscellaneous action so that all contempt filings could be filed herein. *Id.* Five years have passed since this miscellaneous action was opened and Mr. Ray has not been arrested and there have been no proceedings relating to the September 16, 2020 contempt order.

Accordingly, the Clerk is directed to administratively close this miscellaneous action. If Mr. Ray is arrested and the contempt case proceeds, the Clerk will re-open this file.

It is so **ORDERED**.

Entered this 16th day of December, 2025.

Norman K Moon

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE